**CR10 - 819**

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ OCT 26 2010 ★

TOWNES, J.

MEMORANDUM
TO MARC BROWN
ADMINISTRATIVE SUPERVISOR

POLLAK, M.

RE: TAYLOR, William    **BROOKLYN** OFFICE
DOCKET NO.: 107 CR 226-023 (ND/NY)
<u>REQUEST FOR JUDICIAL REASSIGNMENT</u>

The above-named offender was sentenced on March 9, 2010, by the Honorable Gary L. Sharpe, United States District Court Judge in the Northern District of New York to time served (24 months and 6 days) followed by 8 years of supervised release, with a special assessment fee in the amount of $100. The following special conditions were also imposed: (1) The offender shall participate in a program for substance abuse, which shall include testing for drug and/or alcohol use and may include inpatient and/or outpatient treatment as approved by the Probation Department; (2) The offender shall contribute to the cost of any evaluation, testing, treatment and/or monitoring services rendered, in an amount to be determined by the probation officer; (3) The offender shall refrain from the use of alcohol while under supervision; (4) The offender shall submit his person, and any property, house, residence, vehicle, papers, effects, computer, electronic communications devices, and any data storage devices or media, to search at any time, with or without a warrant, with reasonable suspicion concerning a violation of a condition of probation or supervised release or unlawful conduct by the offender; (5) The offender shall provide the probation officer with access to any requested financial information.

This sentence followed the offender's conviction for Conspiracy to Possess with Intent to Distribute and Distribution of More Than 500 Grams of Cocaine, a violation of 21 U.S.C. 846; 841(a)(1); (b)(1)(B) and 851, a Class A felony. The offender commenced his term of supervised release on March 9, 2010 in the Eastern District of New York, due to his residence in Brooklyn, New York.

The undersigned officer recently requested of the Northern District of New York a modification of the offender's conditions to include placement into a residential re-entry center, (due to the offender's continued use of marijuana), and it has since been approved. The undersigned officer simultaneously requested a Transfer of Jurisdiction from the Northern District of New York, in order for our Court to handle any future matters that may arise during the offender's supervision term. Their Court has agreed to a transfer of jurisdiction for Mr. Taylor, as indicated on the attached two (2) Probation Forms 22, executed by the Honorable Gary L. Sharpe, United States District Court Judge, on October 7, 2010. At this time, it is requested that you assign this case to a Judge in the Eastern District of New York. Once the above-named offender's case has been accepted by the assigned Judge, please have the attached forms signed accordingly and **return the original form to the U.S. Probation Office in the Northern District of New York**, as they will forward it to their Clerk of the Court for filing.

RESPECTFULLY SUBMITTED:

EILEEN KELLY
CHIEF U.S. PROBATION OFFICER

PREPARED BY: _____

RACHEL M. PALLATTO
U.S. Probation Officer
#347-534-3437

October 25, 2010

PROB 22
(Rev. 2/88)

**TRANSFER OF JURISDICTION** CR10 - 819

| | |
|---|---|
| DOCKET NUMBER *(Tran. Court)* | 107 CR 226-023 |
| DOCKET NUMBER *(Rec. Court)* | |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| WILLIAM TAYLOR<br><br>455 BARBEY STREET, APARTMENT # 1A<br><br>BROOKLYN, NY 11207 | ND/NY | |

| NAME OF SENTENCING JUDGE |
|---|
| THE HONORABLE GARY L. SHARPE |

| DATES OF PROBATION/<br>SUPERVISED RELEASE | FROM<br><br>03/09/10 | TO<br><br>03/08/18 |
|---|---|---|

OFFENSE
Conspiracy to Possess with Intent to Distribute and Distribution of More Than 500 Grams ~~in~~ violation of 21 U.S.C. 846; 841(a)(1); (b)(1)(B) and 851, a Class A felony.

TOWNES, J.
POLLAK M.J.

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ OCT 26 2010 ★

BROOKLYN OFFICE

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ NORTHERN _____ DISTRICT OF _____ NEW YORK _____

     IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the _____ EASTERN DISTRICT OF NEW YORK _____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_____ 10/7/10 _____
Date

_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ EASTERN _____ DISTRICT OF _____ NEW YORK _____

     IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____
Effective Date

_____
United States District Judge

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF NEW YORK

MATTHEW L. BROWN
CHIEF PROBATION OFFICER

PROBATION OFFICE

**CR10 - 819**

James T. Foley Courthouse
445 Broadway, Room 347
Albany, New York 12207
(518) 257-1700
Fax (518) 257-1701

October 19, 2010

TOWNES **FILED**
U.S. CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ OCT 26 2010 ★

BROOKLYN OFFICE   POLLAK M.J

Eileen Kelly
Chief U.S. Probation Officer
147 Pierrepont Street
Brooklyn, NY 11201-2712
Attn:   Rachel Pallatto,
        U.S. Probation Officer

RE:   **William Taylor**
      **Transfer Of Jurisdiction**

Dear Chief Kelly:

The Honorable Gary L. Sharpe, U.S. District Judge for the Northern District of New York has
agreed to a transfer of jurisdiction for Mr. Taylor.

Please have your Court Clerk assign this case to a District Judge who should execute Part 2,
Order Accepting Jurisdiction, on the original and copy. **The original form should be returned
to the U.S. Probation Office.** We will forward it to our Clerk of the Court for filing, who will
then send a certified copy of the Indictment and the Judgement and Commitment Order to your
district.

Thank you for your assistance in this matter. If you have any questions, please contact this office
at (518) 257-1700.

Respectfully submitted,

Davida E. Coleman
Data Quality Analyst

Enclosures.