PROB 12B
(NYEP-6/15/07)

# United States District Court
## for the
## Eastern District of New York

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAR 10 2011 ★

BROOKLYN OFFICE

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: **William Taylor**                                   ED/NY Case Number: **CR 10-819**

Name of Sentencing Judicial Officer: **The Honorable Gary L. Sharpe, U.S. District Judge (NDNY)**

Date of Original Sentence: **March 9, 2010**

Name of Judicial Officer: **The Honorable Sandra L. Townes, U.S. District Judge (EDNY)**

Transfer of Jurisdiction: **October 26, 2010**

Original Offense: **Conspiracy to Possess with Intent to Distribute and Distribution of More Than 500 Grams of Cocaine, in violation of 21 U.S.C. 846; 841(a)(1); (b)(1)(B) and 851, a Class A felony.**

Original Sentence: **Time served (24 months and 6 days) followed by 8 years of supervised release, substance abuse treatment and testing, full financial disclosure, search condition, and $100 special assessment fee**.

Type of Supervision: **Supervised Release**                            Date Supervision Commenced: **March 9, 2010**

===========================================================================

### PETITIONING THE COURT

☒      To modify the conditions of supervision as follows:

*The offender shall pay 10% of his net monthly income to the Brooklyn Residential Re-Entry Center for subsistence, rather than 25% of his net monthly income.*

Request for Modifying the					Prob 12B / Page 2
Conditions or Terms of Supervision
with Consent of the Offender

## CAUSE

By way of background, the above named individual was sentenced in the Northern District of New York on March 9, 2010, by the Honorable Gary L. Sharpe, U.S. District Judge, to time served (24 months and 6 days) followed by 8 years of supervised release, with a special assessment fee in the amount of $100. The following special conditions were also imposed: (1) The offender shall participate in a program for substance abuse, which shall include testing for drug and/or alcohol use and may include inpatient and/or outpatient treatment as approved by the Probation Department; (2) The offender shall contribute to the cost of any evaluation, testing, treatment and/or monitoring services rendered, in an amount to be determined by the probation officer; (3) The offender shall refrain from the use of alcohol while under supervision; (4) The offender shall submit his person, and any property, house, residence, vehicle, papers, effects, computer, electronic communications devices, and any data storage devices or media, to search at any time, with or without a warrant, with reasonable suspicion concerning a violation of a condition of probation or supervised release or unlawful conduct by the offender; (5) The offender shall provide the probation officer with access to any requested financial information. This sentence followed the offender's conviction for Conspiracy to Possess with Intent to Distribute and Distribution of More Than 500 Grams of Cocaine, a violation of 21 U.S.C. 846; 841(a)(1); (b)(1)(B) and 851, a Class A felony.

The offender commenced his term of supervised release on March 9, 2010 in the Eastern District of New York, due to his residence in Brooklyn, New York, with his sister. Jurisdiction of this case was transferred to Your Honor from the Northern District of New York, on October 22, 2010.

On October 7, 2010, the Court modified the offender's conditions of supervision to include 9 months at the Brooklyn Residential Re-Entry Center (BRRC) as a result of the offender's continued use of marijuana (more than three times within twelve months) coupled with his arrest on September 7, 2010 in Brooklyn, NY, for Criminal Possession of Marijuana in the 5th degree: In a Public Place, a Class B misdemeanor. The case was Adjourned in Contemplation of Dismissal and he is scheduled to appear on this matter again at the New York City Criminal Court in Kings County on September 7, 2011.

Since his admission to the BRRC on November 2, 2010, Mr. Taylor has been in full compliance with his conditions of supervision. Mr. Taylor has not tested positive for the use of marijuana since October 20, 2010. In addition, Mr. Taylor has recently secured a full time job as a porter at Blue Smoke restaurant in Manhattan, NY, working the overnight shift, earning $8.50 an hour.

Due to his goal to be financially independent and to secure a personal residence upon completion of his term at the BRRC (August 1, 2011), Mr. Taylor has requested that the subsistence fee to the BRRC be reduced to 10% of his net monthly income, rather than 25% of his net monthly income. Given Mr. Taylor's compliance at the BRRC and his increased motivation toward successful re-entry into the community, as evidenced over the past four months, the Probation Department is in support of his request, if Your Honor approves the modification of his conditions accordingly. Mr. Taylor has waived his right to a hearing in regards to modifying his conditions of supervision by executing the enclosed Probation Form 49. We await the Court's response as indicated below.

Request for Modifying the
Conditions or Terms of Supervision
with Consent of the Offender

Prob 12B / Page 3

Respectfully submitted by,

*[signature: Rachel Pallatto]*

Rachel M. Pallatto
U.S. Probation Officer
Date: 3/3/11

Approved by,

*[signature: Pallatto for]*

Kelley O'Keefe
Supervising U.S. Probation Officer
Date: 3/3/11

THE COURT ORDERS:

☒ The Modification of Conditions as Noted Above
☐ Other

*[signature]*
Signature of Judicial Officer

March 7, 2011
Date